FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSEMARIE N.,[1]<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:25-cv-03050-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF No. 8** |

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 8, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney Thomas Bothwell represents Plaintiff.  Attorney L. Jamala Edwards represents Defendant.

    After consideration, **IT IS HEREBY ORDERED** that:

    1.  The parties' Stipulated Motion for Remand, **ECF No. 8**, is **GRANTED**.

    2.  The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council shall instruct the ALJ to:

> reevaluate whether Plaintiff has past relevant work, whether it was composite, and whether it was done at substantial gainful activity (SGA) levels under the applicable rules and rulings. As appropriate, each test of the analysis under 20 CFR § 416.975 needs to be clearly articulated and supported. If past work classifies as SGA, the ALJ will address whether Plaintiff could still do it as actually or as generally performed. The ALJ will make efforts to further develop the record and, as appropriate, proceed through the sequential evaluation process; offer Plaintiff the opportunity for a new hearing; obtain vocational expert evidence, as needed; and issue a new decision.

ECF No. 8 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 30, 2025.

<u>s/Robert H. Whaley</u><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

ORDER - 2